FILED
U.S. DISTRICT COURT
2011 APR 15 AM 11:37
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MICHAEL E. MARLIN,

    Petitioner,

vs.

ANTHONY HAYNES, Warden;
M. MARTIN, Warden; RAYMOND
HOLT, Regional Director; and
HARRELL WATTS, Central Director,

    Respondents.

CIVIL ACTION NO.: CV211-055

## ORDER

Petitioner filed a pleading pursuant to Title 28 U.S.C. § 2241(a). He asserts that his petition concerns prison conditions and non-compliance with the administrative procedures by the respondents. Petitioner has moved to proceed *in forma pauperis*. Upon review of his filings, it appears that Petitioner is not contesting the computation of his earned time or the execution of his sentence pursuant to 28 U.S.C. § 2241, but rather he is challenging the conditions of his confinement while incarcerated at Federal Satellite Low in Jesup, Georgia, and Beaumont Federal Correctional Institution in Beaumont, Texas. Such a suit must be brought pursuant to 28 U.S.C.A. § 1331 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). The filing fee for such an action is $350.00. Within fourteen (14) days of the date of this Order, Petitioner shall advise the Court if he desires to proceed with these claims pursuant to 28 U.S.C.A. § 1331 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). If Plaintiff does not timely respond to this Order, this action will be dismissed without prejudice.

AO 72A
(Rev. 8/82)

While this action is pending, Petitioner **shall** immediately inform this Court in writing of any change of address. Failure to do so will result in dismissal of this case, without prejudice.

**SO ORDERED**, this 15th day of April, 2011.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE